Johanna BURNS, Libellant-Appellant, v. Steamer THE GREATER BUFFALO, Her Boilers, Engines, Tackle, Apparel, and Furniture, Respondent-Appellee.

No. 235.

Circuit Court of Appeals, Second Circuit.

May 1, 1939.

John J. Brown, of Buffalo, N. Y. (Hildegarde I. Poppenberg, of Buffalo, N. Y., on the brief), for libellant-appellant.

Locke, Babcock, Hollister & Brown, of Buffalo, N. Y., and Hill, Hamblen, Essery & Lewis, of Detroit, Mich. (Evan Hollister, of Buffalo, N. Y., and Percy J. Power, of Detroit, Mich., of counsel), for respondent-appellee.

Before L. HAND, AUGUSTUS N. HAND, and PATTERSON, Circuit Judges.

PER CURIAM.
Judgment affirmed.